UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W. STEWART, | No. 1:20-cv-00221-DAD-EPG (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| J. MACOMBER, et al., | (Doc. No. 6) |
| Respondents. | |

Petitioner Gregory W. Stewart is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On February 25, 2020, the assigned magistrate judge issued findings and recommendation recommending that the pending petition be dismissed as an unauthorized successive petition. (Doc. No. 6.)  The findings and recommendation were served on petitioner and contained notice that any objections were to be filed within thirty (30) days of that order's date of service.  (*Id.* at 3–4.)  On March 4, 2020, petitioner filed timely objections.  (Doc. No. 8.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the case.  Having carefully reviewed the entire file, including petitioner's objections, the court concludes that the findings and recommendation are supported by the record and proper analysis.

1

Petitioner's objections list several of his case numbers in this court and the Ninth Circuit Court of Appeals in which he has sought to challenge the same underlying criminal conviction. (*See generally* Doc. No. 8.) The objections also include copies of the court's previous orders in this action, as well as docket sheets and copies of court orders in petitioner's other cases. (*Id.*) In other words, petitioner does not raise any new or persuasive points in his objections. As such, the undersigned will adopt the magistrate judge's findings and recommendation in full.

Finally, the court declines to issue a certificate of appealability. A petitioner seeking writ of habeas corpus has no absolute right to appeal; he may appeal only in limited circumstances. *See* 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003). Rule 11 of the Rules Governing Section 2254 Cases requires that a district court issue or deny a certificate of appealability when entering a final order adverse to a petitioner. *See also* Ninth Circuit Rule 22-1(a); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). A certificate of appealability will not issue unless a petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard requires the petitioner to show that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327; *accord Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

In the present case, the court finds that reasonable jurists would not find the court's rejection of petitioner's claims to be debatable or conclude that the petition should proceed further. Thus, the court declines to issue a certificate of appealability.

Accordingly:

1. The findings and recommendation issued on February 25, 2020 (Doc. No. 6) are adopted in full;
2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed;

/////
/////
/////
/////

3. The Clerk of the Court is directed to close the case; and

4. The court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **June 26, 2020**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

3